UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
Telephone: 732-695-3303
Facsimile: 732-695-3917
Bankruptcy@Veitengruberlaw.com
Attorneys for Debtor(s)

Order Filed on April 29, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Adesina B. Ogunlana

| | |
|---|---|
| Case Number: | 22-12287 |
| Hearing Date: | |
| Judge: | JKS |
| Chapter: | 13 |

Recommended Local Form:  ☐ Followed   ☐ Modified

**ORDER REINSTATING AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 29, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

This matter having been presented to the Court by  Veitengruber Law LLC  and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay is reinstated as to all creditors served with the motion as of the date of this order, except those previously granted stay relief.

IT IS FURTHER ORDERED that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service.*

*rev.5/1/19*