**LAW OFFICES OF STEVEN D. PERTUZ, LLC**
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel:(973) 669-8600
Fax:(973) 669-8700
By: Steven D. Pertuz, Esq. (SDP-5632)
Attorneys for Adesina Ogunlana, Debtor

| | |
|---|---|
| In re:<br><br>ADESINA OGUNLANA<br><br>                Debtor. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Chapter 13<br><br>Case No.: 22-12287 (JKS) |

**NOTICE OF APPEARANCE WITH REQUEST FOR COPIES OF ALL ORDERS, NOTICES, AND PLEADINGS UNDER BANKRUPTCY RULES 2002 (g) AND 9010 (b)**

      Steven D. Pertuz, Esq., retained counsel for the Debtor in the above case, hereby appears and requests, pursuant to Bankruptcy Rules 2002 (g) and 9010 (b), that (1) they receive copies of all notices, pleadings, proposed orders and conformed copies of orders filed in this case; and that (2) all such documents be directed to counsel at the address set forth below.

Dated: August 5, 2022                        By: /s/ Steven D. Pertuz
                                                                   STEVEN D. PERTUZ, Esq.
                                                                   111 Northfield Avenue, Suite 304
                                                                   West Orange, NJ 07052
                                                                   Tel: (973) 669-8600
                                                                   Fax: (973) 669-8700