| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>ADESINA B. OGUNLANA |

Case No.: 22-12287

Adv. No.:

Hearing Date:  9/8/2022

Judge:  JKS

## CERTIFICATION OF SERVICE

1. I, Sheila Alvarado, am Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 08/08/2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **TRUSTEE'S OBJECTION TO MOTION TO VACATE DISMISSAL**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

---

Attorney for Debtor(s):
STEVEN D. PERTUZ
LAW OFFICES OF STEVEN D. PERTUZ, LLC
111 NORTHFIELD AVENUE, SUITE 304
WEST ORANGE, NJ   07052-7052
Mode of Service: Notice of Electronic Filing (NEF)
Unless non-ECF Attorney then Postage prepaid first class
U.S. mail

---

Dated:  August 08, 2022

By:  /S/  Sheila Alvarado
Sheila Alvarado