**LAW OFFICES OF STEVEN D. PERTUZ, LLC**
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel:(973) 669-8600
Fax:(973) 669-8700
By: Steven D. Pertuz, Esq. (SDP-5632)

| | |
|---|---|
| In re:<br><br>ADESINA B. OGUNLANA,<br><br>　　　　　　Debtor(s). | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Chapter 13<br><br>Case No.: 22-12287 (JKS) |

## SUBSTITUTION OF ATTORNEY

The undersigned attorneys hereby consent to the substitution of George E. Veitengruber, III, Esq. with Steven D. Pertuz, Esq. as attorney for Adesina B. Ogunlana in the above entitled case.

| | |
|---|---|
| /s/ Steven D. Pertuz<br>STEVEN D. PERTUZ, ESQ.<br>Superseding Attorney | /s/ George E. Veitengruber, III<br>George E. Veitengruber, III<br>Withdrawing Attorney |

Dated:  September 1, 2022