STEVEN D. PERTUZ
LAW OFFICES OF STEVEN D. PERTUZ, LLC
111 NORTHFIELD AVENUE
SUITE 304
WEST ORANGE, NJ  07052

Re:  ADESINA B. OGUNLANA
     136-138 NORTH 13TH STREET
     NEWARK,  NJ  07107

Atty:  STEVEN D. PERTUZ
      LAW OFFICES OF STEVEN D. PERTUZ, LLC
      111 NORTHFIELD AVENUE
      SUITE 304
      WEST ORANGE, NJ  07052

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023**
Chapter 13 Case # 22-12287

## RECEIPTS AS OF 01/13/2023 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/19/2022 | $525.00 | 27635480482 | 10/04/2022 | $525.00 | 28442853696 |
| 10/04/2022 | $525.00 | 28198330931 | 10/04/2022 | $525.00 | 28198330918 |
| 10/04/2022 | $525.00 | 28198330920 | 10/04/2022 | $525.00 | 27879125275 |
| 10/06/2022 | $525.00 | 28442853685 | 10/06/2022 | $525.00 | 28442853674 |
| 10/06/2022 | $525.00 | 28442853663 | 10/06/2022 | $525.00 | 28442853707 |
| 11/02/2022 | $525.00 | 2212287-19382562670 | | | |

**Total Receipts: $5,775.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $5,775.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023 (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 307.18 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 506.62 | 100.00% | 506.62 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | STATE OF NJ | PRIORITY | 2,188.98 | 100.00% | 0.00 | 0.00 |
| 0005 | NEWARK WATER DEPARTMENT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | PSEG | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0007 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 175,919.74 | 100.00% | 0.00 | 0.00 |
| 0008 | STATE OF NJ | UNSECURED | 653.51 | 0.00% | 0.00 | 0.00 |

**Total Paid:  $813.80**
See Summary

**Chapter 13 Case # 22-12287**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $5,775.00      -      Paid to Claims: $0.00      -      Admin Costs Paid: $813.80      =      Funds on Hand: $4,961.20

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.