UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY, NEWARK DIVISION

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**Steven D. Pertuz**

111 Northfield Ave Ste 304
West Orange, NJ 07052-4703
(973) 669-8600
pertuzlaw@verizon.net

In Re:    **Ogunlana, Adesina B.**

Case No.:    **22-12287**

Chapter:    13

Judge:

# DISCLOSURE OF CHAPTER 13 DEBTOR'S ATTORNEY COMPENSATION

1. Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that I am the attorney for the debtor(s) and that compensation was paid to me within one year before the filed date of the petition, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in connection with this bankruptcy case is as follows:

   ■ Under D.N.J. LBR 2016-5(b), I have agreed to accept for all legal services required to confirm a plan, subject to the exclusions listed below, including administrative services that may occur postconfirmation, a flat fee in the amount of $ **4,750.00**. I understand that I must demonstrate that additional services were unforeseeable at the time of the filing of this disclosure if I seek additional compensation and reimbursement of necessary expenses.

   Legal services on behalf of the debtor in connection with the following are not included in the flat fee:

   Representation of the debtor in:
   - adversary proceedings,
   - loss mitigation/loan modification efforts,
   - post-confirmation filings and matters brought before the Court.

   I have received:    $ **2,650.00**

   The balance due is:    $ **2,100.00**

   The balance ■ will □ will not be paid through the plan.

   □ Under D.N.J. LBR 2016-5(c), I have agreed to accept for legal services provided on behalf of the debtor in this case, an hourly fee of $____. The hourly fee charged by other members of my firm that may provide services to this client range from $____ to $____. I understand that I must receive the Court's approval of any fees or expenses to be paid to me in this case post petition pursuant to D.N.J. LBR 2016-1.

   I have received:    $____

2. The source of the funds paid to me was:

   ■ Debtor(s)        □ Other (specify below)

3. If a balance is due, the source of future compensation to be paid to me is:

■ Debtor(s)        □ Other (specify below)

_____
_____

4. I □ have or ■ have not agreed to share compensation with another person(s) unless they are members of my law firm. If I have agreed to share compensation with a person(s) who is not a member of my law firm, a copy of that agreement and a list of the people sharing in the compensation is attached.

5. (a) The Debtor(s) agree that coverage counsel may appear at hearings on their behalf in lieu of counsel retained by Debtor(s) as needed. If possible, Debtor's counsel will advise Debtor(s) of the use of coverage counsel for any hearings prior to that hearing. Debtor(s) acknowledge that coverage counsel may not be a member of my firm and may or may not be compensated for their appearance.

_____        _____
Debtor(s) Initials        Debtor(s) Initials

(b) The Debtor(s) DO NOT agree that coverage counsel may appear at hearings on their behalf in lieu of counsel retained by Debtor(s) as needed. All appearances related to the Debtor(s) matter will be made by me, the undersigned attorney, or members of my law firm.

_____        _____
Debtor(s) Initials        Debtor(s) Initials

6. The Debtor(s) have reviewed this Disclosure and it is consistent with the terms of the Retainer Agreement.

Date: **February 1, 2023**         **/s/ Adesina B. Ogunlana**
                                    **Adesina B. Ogunlana**
                                    Debtor

Date: _____        _____
                                    Joint Debtor

Date: **February 1, 2023**         **/s/ Steven D. Pertuz**
                                    **Steven D. Pertuz**
                                    Debtor's Attorney

*rev. 8/1/21*

2