UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

The Law Offices Of Steven D. Pertuz, LLC

111 Northfield Avenue, Suite 304

West Orange, NJ 07052

Tel: (973) 669-8600

Fax: (973) 669-8700

SDP-5632

In Re:

  ADESINA B. OGUNLANA

Case No.: _____22-12287_____

Judge: _____JKS_____

Chapter: 13

---

Recommended Local Form: ☑ Followed    ☐ Modified

---

## PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

I, _____Adesina B. Ogunlana_____, upon my oath according to law, hereby certify as follows:

1.    The below information is being supplied for compliance with the Confirmation Hearing date on _____2/23/23_____.

2.    The above named Debtor(s) has /have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3.    The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4.       If the Confirmation hearing date stated in Paragraph 1 is adjourned for any

reason, an updated Certification will be filed with the Court prior to any

subsequent Confirmation hearing date in the event any of the information

contained in this Certification changes.


I certify under penalty of perjury that the foregoing is true and correct.


DATED: _2/22/23_____                    _/s/ Adesina B. Ogunlana_____

                                                                        Signature of Debtor


DATED: _____                    _____

                                                                        Signature of Joint Debtor


new.5/23/06;jml