UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

ADESINA B. OGUNLANA

Case No.: 22-12287

Adv. No.:

Hearing Date:

Judge: JKS

## CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 05/10/2023, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
ADESINA B. OGUNLANA
136-138 NORTH 13TH STREET
NEWARK, NJ 07107
Mode of Service: Regular Mail

Attorney for Debtor(s):
STEVEN D. PERTUZ
LAW OFFICES OF STEVEN D. PERTUZ, LLC
111 NORTHFIELD AVENUE
SUITE 304
WEST ORANGE, NJ 07052
Mode of Service: Notice of Electronic Filing (NEF)

Dated: May 10, 2023

By: /S/ Keith Guarneri
    Keith Guarneri