UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

ADESINA B. OGUNLANA

Case No.:  22-12287

Adv. No.:

Hearing Date:

Judge:  JKS

### CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 08/13/2024, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
ADESINA B. OGUNLANA
136-138 NORTH 13TH STREET
NEWARK, NJ  07107
Mode of Service:  Regular Mail

Attorney for Debtor(s):
STEVEN D. PERTUZ
LAW OFFICES OF STEVEN D. PERTUZ, LLC
111 NORTHFIELD AVENUE
SUITE 304
WEST ORANGE, NJ  07052
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  August 13, 2024

By:  /S/  Keith Guarneri
     Keith Guarneri