STEVEN D. PERTUZ
LAW OFFICES OF STEVEN D. PERTUZ, LLC
111 NORTHFIELD AVENUE
SUITE 304
WEST ORANGE, NJ  07052

Re:  ADESINA B. OGUNLANA
     136-138 NORTH 13TH STREET
     NEWARK,  NJ  07107

Atty:  STEVEN D. PERTUZ
      LAW OFFICES OF STEVEN D. PERTUZ, LLC
      111 NORTHFIELD AVENUE
      SUITE 304
      WEST ORANGE, NJ  07052

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
### Chapter 13 Case # 22-12287

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $31,500.00**

## RECEIPTS AS OF 01/01/2025   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/19/2022 | $525.00 | 27635480482 | 10/04/2022 | $525.00 | 28442853696 |
| 10/04/2022 | $525.00 | 28198330931 | 10/04/2022 | $525.00 | 28198330918 |
| 10/04/2022 | $525.00 | 28198330920 | 10/04/2022 | $525.00 | 27879125275 |
| 10/06/2022 | $525.00 | 28442853685 | 10/06/2022 | $525.00 | 28442853674 |
| 10/06/2022 | $525.00 | 28442853663 | 10/06/2022 | $525.00 | 28442853707 |
| 11/02/2022 | $525.00 | 2212287-19382562670 | 03/29/2023 | $525.00 | 28470821400 |
| 04/19/2023 | $525.00 | 28767210704 | 05/25/2023 | $525.00 | 27879118918 |
| 06/09/2023 | $525.00 | 19534455925 | 07/12/2023 | $525.00 | 28470844530 |
| 08/09/2023 | $525.00 | 28971050580 | 09/26/2023 | $525.00 | 28563661247 |
| 10/11/2023 | $525.00 | 28563667907 | 11/14/2023 | $525.00 | 28971072876 |
| 12/19/2023 | $525.00 | 29068056011 | 01/30/2024 | $525.00 | 29068064291 |
| 02/27/2024 | $525.00 | 29068074685 | 04/01/2024 | $525.00 | 29136435884 |
| 04/30/2024 | $525.00 | 29068089603 | 05/14/2024 | $525.00 | 29371901398 |
| 07/02/2024 | $525.00 | 29371903986 | 07/30/2024 | $525.00 | 29371915473 |
| 11/13/2024 | $525.00 | 29320219776 | 11/13/2024 | $525.00 | 29320219765 |
| 11/13/2024 | $525.00 | 29320219787 | 12/17/2024 | $525.00 | 29635126683 |
| 12/17/2024 | $525.00 | 29635126672 | | | |

**Total Receipts: $17,325.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $17,325.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025   (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|

**Chapter 13 Case # 22-12287**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,081.54 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,606.62 | 100.00% | 2,606.62 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0004 | STATE OF NJ | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0005 | NEWARK WATER DEPARTMENT | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | PSEG | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0008 | STATE OF NJ | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid: $3,688.16**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 18, 2025.

Receipts: $17,325.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $3,688.16    =    Funds on Hand: $13,636.84

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.