| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | Order Filed on January 24, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>   ADESINA B. OGUNLANA | Case No.:  22-12287<br><br>Hearing Date:  01/23/2025<br><br>Judge:  JOHN K. SHERWOOD |

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: January 24, 2025

Honorable John K. Sherwood
United States Bankruptcy Court

1

Debtor(s): ADESINA B. OGUNLANA

Case No.: 22-12287JKS

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 01/23/2025 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 1/23/2025 of the plan filed on 09/27/2024, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 02/06/2025 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.