Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−12287−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Adesina B. Ogunlana
   136−138 North 13th Street
   Newark, NJ 07107

Social Security No.:
   xxx−xx−4556

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 5/22/25 at 10:00 AM

to consider and act upon the following:

*91* − Motion re: Remove State Court Case Filed by Adesina B. Ogunlana.. (Attachments: # 1 Certification # 2 Statement as to Why No Brief is Necessary # 3 Exhibit A # 4 Exhibit B # 5 Proposed Order # 6 Certificate of Service) (rah)

Dated: 4/25/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court