**Order Filed on July 30, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In Re: | | Case No.: | 22-12287 |
|---|---|---|---|
| Adesina B. Ogunlana, | | Chapter: | 13 |
| | Debtor. | Hearing Date: | 7/24/2025 |
| | | Judge: | John K. Sherwood |

## ORDER DENYING MOTION TO REMOVE STATE COURT CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 30, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: **Adesina B. Ogunlana**
Case #: **22-12287-JKS**
Caption of Order: **ORDER DENYING MOTION TO REMOVE STATE COURT CASE**

---

**UPON** consideration of the Motion to Remove State Court Case ("Motion") [ECF Nos. 91, 94, 98] filed by Adesina B. Ogunlana, ("Debtor") together with the objections filed thereto by Marie-Ann Greenberg ("Chapter 13 Standing Trustee") [ECF No.95] and Marissa Edwards, Esquire, on behalf of U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholders of Washington Mutual Asset-Backed Certificates WMABS Series 2007-HE2 [ECF No. 97];

**AND** the Court having considered the arguments made at the hearing on July 24, 2025;

**AND** for the reasons set forth on the record, it is hereby **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**.