

**Order Filed on July 30, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 22-12287 |
| Adesina B. Ogunlana, | Chapter: 13 |
| Debtor. | Hearing Date: 7/24/2025 |
| | Judge: John K. Sherwood |

### ORDER DENYING MOTION TO REMOVE STATE COURT CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED:** July 30, 2025

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

| | |
|---|---|
| Debtor: | **Adesina B. Ogunlana** |
| Case #: | **22-12287-JKS** |
| Caption of Order: | **ORDER DENYING MOTION TO REMOVE STATE COURT CASE** |

**UPON** consideration of the Motion to Remove State Court Case ("Motion") [ECF Nos. 91, 94, 98] filed by Adesina B. Ogunlana, ("Debtor") together with the objections filed thereto by Marie-Ann Greenberg ("Chapter 13 Standing Trustee") [ECF No.95] and Marissa Edwards, Esquire, on behalf of U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholders of Washington Mutual Asset-Backed Certificates WMABS Series 2007-HE2 [ECF No. 97];

**AND** the Court having considered the arguments made at the hearing on July 24, 2025;

**AND** for the reasons set forth on the record, it is hereby **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**.

United States Bankruptcy Court

District of New Jersey

In re:  
Adesina B. Ogunlana  
    Debtor

Case No. 22-12287-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Jul 30, 2025      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2025:**

**Recip ID    Recipient Name and Address**  
db      + Adesina B. Ogunlana, 136-138 North 13th Street, Newark, NJ 07107-4153

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2025 at the address(es) listed below:**

**Name    Email Address**

Cory Francis Woerner  
    on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholder cwoerner@raslg.com

Denise E. Carlon  
    on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholder dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg  
    magecf@magtrustee.com

Marie-Ann Greenberg  
    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Marissa Edwards  
    on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholder marissaedwards@hinshawlaw.com,

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 30, 2025 | Form ID: pdf903 | Total Noticed: 1 |

        casenotifications@piblaw.com

Steven D. Pertuz

        on behalf of Debtor Adesina B. Ogunlana pertuzlaw@verizon.net
        g16461@notify.cincompass.com;pertuz.stevenb130381@notify.bestcase.com

Steven D. Pertuz

        on behalf of Attorney Steven Daniel Pertuz pertuzlaw@verizon.net
        g16461@notify.cincompass.com;pertuz.stevenb130381@notify.bestcase.com

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8