FORM 1. Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)    Form 1 March 2023



# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

## NOTICE OF APPEAL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed:   22-12287 & F-046932-14

Case title being appealed:   US BANK NA   v.   ADESINA OGUNLANA

Date of final judgment or order being appealed: _____

**List all Appellants** (List each party filing this appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.)

```
ADESINA OGUNLANA
LINDA NZEADIBE
REALTEX PROPERTY MANAGEMENT INC
```

Date: 08/11/2025        Signature: _____

Name: REALTEX PM INC-A.OGUNLANA

Address: 136-138 NORTH 13TH STREET

NEWARK NJ 07107

Phone Number: 973-763-8760

Email Address: OLAYEMI2014@COMCAST.



FORM 5. Petition for Review/Notice of Appeal of an Order or Decision of an Agency, Board, Commission, Office, Bureau, or the US Court of Federal Claims (vaccine appeals only))    Form 5    March 2023

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## PETITION FOR REVIEW/NOTICE OF APPEAL

Notice is hereby given that the petitioner(s)/appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Originating Tribunal *(Name of Agency, Board, Commission, Office, Bureau, or Court whose decision is being appealed)*:    NJ STATE COURTS ORDERS

Case number being appealed:    22-12287

Case title being appealed:    US BANK V ADESINA OGUNLANA

Date of final decision or order being appealed:    07/30/2025

Date decision or order was received:    08/07/2025

☒ I have attached a copy of the decision or order being appealed.

**List all Petitioners/Appellants** (List each party filing this appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.)

```
ADESINA OGUNLANA
LINDA NZEADIBE
REALTEX PROPERTY MANAGEMENT IN
```

Date: 08/11/2025    Signature: *[signature]*

Name: ADESINA OGUNLANA

Address: 136 -138 NORTH 13TH STREET

NEWARK

NJ 07107

Phone Number: 973-763-8760

Email Address: OLAYEMI2014@COMCAST.

United States District Court for the __APPELATE DIVISION__
District of ___PHILADEPHIA_____

| In re |
|---|
| ADESINA OGUNLANA_, |
| Debtor |
| |
| US           BANK |
| Plaintiff |
| v. |
| ADESIN OGUNLANA |
| _____, |
| Defendant |

File No. ___22-12287_____

*AUG 1 1 2025*
*U.S.C.A. 3rd CIR*

Notice of Appeal to United States Court of Appeals for the
___PHILADEHIA____ Circuit

ADESINA OGUNLANA_____, the defendant or other party] appeals to the United States Court of Appeals for the __PHILADEPHIA__ Circuit from the final judgment [or order or decree] of the district court for the district of _____ [or bankruptcy appellate panel of the NEW JERSEY circuit], entered in this case on __JULY 30TH, 2025__ [here describe the judgment, order, or decree] _____

The parties to the judgment [or order or decree] appealed from and the names and addresses of their respective attorneys are as follows:

Dated _____8/11/2025_____

Signed ___*AdtJu*_____
*Attorney for Appellant*

Address: ___136-138 North 13th street_____

___NEWARK NJ 07107_____

*[Note to inmate filers: If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.]*



UNITED STATES APPELATE COURT
District of Philadephia

| US Bank NA | Bankruptcy CASE NO.: _22-12287 |
| --- | --- |
| | NJ APPELATE CASE# A-02450-24 |
|     - Plaintiff | |
| v. | NOTICE OF REMOVAL |
| ADESINA OGUNLANA | |
|     Defendant | |

### NOTICE OF REMOVAL PURSUIT TO BANKRUPCY RULE 9027 AND 28 U.S.C. §1452

| **US Attorney General** | **BANKRUPTCY COURT** |
| --- | --- |
| **District of New Jersey** | **District of New Jersey** |
| **970 Broad Street** | **970 Broad Street** |
| **Newark, NJ 07102** | **Newark, NJ 07102** |

**PLEASE TAKE NOTICE** that the undersigned pro se Defendant will on Monday.August 11,2025, at 9.00a.m. move before the court at the US District Court for the District of Philadephia US Courthouse, 601 Market street Philadephia PA 19101 for leave to remove matter F-0003777-20 before the Bankruptcy Court to the US Appelate District court on the following grounds:

a) The Bankruptcy district court violated the federal Rule of civil procedure 15 govern Law.

B) The district court denied the rights to and appointing a substituting and competent "attorney of Law" as debtors honorable requested.

c. The State Court ruling created a conflicted order with the federal district court dated Feburary 28,2025.

d. The State court violated the Constitutional Law under the supremacy clause of the constitution

e. The Plaintiff's counsel misleads the court into making an invalid order.

f. The NJ State court violated the Bankruptcy codes by initiating a foreclosure action on a subject matter that is pending at the Bankruptcy Court under U.S.C.Sec.1452(a) and N.J. Ct. Rule.6:4-1

Respectfully submitted:

By: /s/ Adesina Ogunlana                Dated:   5/24/2025

Adesina Ogunlana

UNITED STATES APPELATE COURT
DISTRICT OF PHILADEPHIA

---

US BANK NA                                    CASE NO.: _22-12287_

        Plaintiff                         NOTICE OF REMOVAL
v.                                            APPEAL

ADESINA OGUNLANA

        Defendant

## CERTIFICATION OF ADESINA OGUNLANA

**I, ADESINA OGUNLANA, adult, hereby certify on oath and state as follows:**

1. I am the bona fide owner and in possession of the property located at 136-138 N 13th Street Newark, NJ 07107 and therefore very familiar with the facts of this case.

2. On or before July 1st 2024, I submitted my short sale applications to the Creditor – SPS Loan Servicing/US Bank LLC for a review and processing.

3) October 8, 2024, the Creditor complete the debtor's Short Sales application and thereby issue a Short Sale Counter-offer See Exhibit A

4) The Debtor's Real Estate Closing attorney -Mr Hughes Best Esq. submitted a new HUD-1 which fully satisfied the net proceed the creditor had asked for in its counter-offer dated October 8,2024

5) After this submission, the creditor now demanded it can not proceed with a permanent process of this Short Sales review until it receives copy of the Short Sales Confirmation Order letter from the Bankruptcy court since their shown the Debtor- Adesina Ogunlana is on Bankruptcy court list.

5) Three months later, the creditor reviewed the last application submitted but rejected as insufficient Buyers' counter-offer.

6) The creditor now re-drafted a new counter-offer by increase the dollar value above the previous counter-offer

7) Under the Short Sales Legal procedure, the creditor have the fundamental rights to charge or accept any price value under real estate Sales negotiation so far the transaction is negotiated in Goodfaith.

8) On December 4, 2024, a new count-offer was forwarded to the debtor 315,791.00 instead of the 296,558.00 from the previous count-offer dated October 8, 2024

9) Again, the buyers real Estate attorney prepared new HUD-1 as requested by the Credfitor for new review and approval action after the Buyer. consented to the new purchase price. See HUD-1

10) On Feburary 28, 2025 the bankruptcy court issued a Chapter 13th plan confirmation order that enable the Creditor and Debtor to proceed with the pending Short Sales negotiation

11) The Debtor's Bankruptcy lawyer, Stephen Pertuz, Esq. forwarded a copy of the this Confirmation Order to the creditor as the request for by the creditor.

12) The Creditor replied that the correspondence from third party was received but unfortunately it could not continue with the Short Sales review as requested because foreclosure Sales date is schedule for 4/1/2025    Please See exhibit B

**13) Now the debtor and creditor short Sales was disrupted by the Misconduct of the Creditor's Attorney that initiated the foreclosure action.**

14)) I certify that the foregoing statements made by are correct and true and that I shall be subject to punishment if any of the foregoing statements made by me is willfully false.

**15) The Short Sales is essential to the Debtor Chapter 13 plan's feasibility This Short Sales transaction is a crucial part of the debtor- Adesina Ogunlana plan to repay Creditor.**

**16) I, defendant file a notice of removal of my case from State court to the district court on or before May 22, 2025.**

**17) The trustee office advised me that that Bankruptcy local form used indicated it was a motion therefore issued an objection reply motion.**

**18) To correct this development and also through my legal consultation, I mediately filed an amended complaint known as " Notice of Removal' pursuit to Rule 9027 and 28 US C.$ 1452.**

19) This new amended complaint in my view comply with the federal Rule of civil Procedure 15 governs Law.

20) Appealing the Bankruptcy final judgement is that the district court erred by using the old motion filed in the ruling without considering the amended plead or complaint as demanded by the federal Rule of civil Procedure 15 governs LAW.

Respectively yours,

By: _____
ADESINA OGUNLANA

DATED: _____ 8/10/2025

By: _____
Linda Nzeadibe

DATED: _____ 8/10/2025

By: _____
Realtex Property Management Inc

DATED: _____ 8/10/2025

## CERTIFICATION OF SERVICE

I, Adesina Ogunlana, hereby certify that the original of my motion is filed with the court on May 26th, 2025 and copy served on the Plaintiff -US bank's attorney and Bankruptcy district Court Clerk

By: _____
Adesina Ogunlana

Dated:    8/11/2025



Order Filed on July 30, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey





# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 22-12287 |
|---|---|---|
| Adesina B. Ogunlana, | Chapter: | 13 |
| | Hearing Date: | 7/24/2025 |
| Debtor. | Judge: | John K. Sherwood |

## ORDER DENYING MOTION TO REMOVE STATE COURT CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED:** July 30, 2025

Honorable John K. Sherwood
United States Bankruptcy Court

FRI-71207 0312-2 pdf903 22-12287
Steven D. Pertuz
Law Offices of Steven D. Pertuz, LLC
111 Northfield Avenue
Suite 304
West Orange, NJ 07052



002404  2404 1 AB 0.636  07107  2 1  10501-1-2696

Adesina B. Ogunlana
136-138 North 13th Street
Newark, NJ 07107-4153