UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

| | |
|---|---|
| US Bank NA | CASE NO.: 22-12287 |
| Plaintiff | |
| v. | NOTICE OF MOTION |
| ADESINA OGUNLANA | OBJECTION |
| Defendant | |

### NOTICE OF MOTION OF OBJECTION TO STEVE PERTUZ MOTION

**PLEASE TAKE NOTICE** that the undersigned pro se Defendant will on Thursday August 14, 2025, at 10.00a.m. move before the court at the US District Court for the District of New Jersey, Martin Luther King Building & US Courthouse, 50 Walnut Street, NJ 07101 for leave to oppose or rise an objection to the trustee's motion on the following grounds:

A. An attorney has ethical obligation to provide reasonable notice, transfer case file and avoid prejudicing the client's legal position when withdrawing representation

B) The Attorney's motion on advice, communication and monetary debtor obligations should be dismissed and denied.

C) The misconduct of the attorney attribute to Client instruction not comply with or Client's not sought in attempt to serve or act of client's legal representative

C: Lack of emotional, empathy and situational integrity of my attorney constituted the Debtors initiative to filed a motion with Court for a substitution of attorney

The Debtor has paid my legal fees, listen to all legal advice and submit on timely basis all required documenty anr information deemed request for by my attorney- STVEN Pertuz in the las3 years of legal representative.

The Attorney should denied and missed because his own character with misled his client to withdraw from Case - matter between US BANK V Adesina Ogunlana caused the emergency attorney withdrawer motion which can construe unethical, violation of the fundamental right of the Clients

The Attorney's motion should be denied and dismissed because he had previously threatened to withdraw his legal representative if the failed to withdraw from the case US BANK V ADESINA OGUNLANA. This the Debtor affirmed he would not.


Respectfully submitted:

By: _Adesina_  Dated: 8-12-25

Adesina Ogunlana


By: _Linda Nzeadibe_  Dated: 8/12/25

Linda Nzeadibe

## CERTIFICATION OF SERVICE

I, Adesina Ogunlana, hereby certify that the original of my motion is filed with the court on August 12th, 2025 and copy served on the Plaintiff Steven Pertuz ESQ.

By: *A Sesue*
Adesina Ogunlana

Dated: 8/12/2025