UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW~~ARK~~ JERSEY

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ
2025 AUG 13 P 2:48

| | |
|---|---|
| US Bank NA | CASE NO.: 22-12287 |
| Plaintiff | |
| v. | NOTICE OF MOTION |
| ADESINA OGUNLANA | |
| Defendant | |



## NOTICE OF MOTION OF OBJECTION TO TRUSTEE'S MOTION

**PLEASE TAKE NOTICE** that the undersigned pro se Defendant will on Thursday August 14,2025, at 10.00a.m. move before the court at the US District Court for the District of New Jersey, Martin Luther King Building & US Courthouse, 50 Walnut Street, NJ 07101 for leave to oppose or rise an objection to the trustee's motion on the following grounds:

A. Debtor's Trustee monthly payments is up-to-date or current. The Trustee's motion is premature and should be dismissed. In otherwords , the Debtor - Adesina Ogunlana is not delinquent.

B) The Debtor has pursued the Short Sales as previously authorized by the Bankruptcy Court -Judge K Sherwood from the federal Distrct of New Jersey on 2/28/2025.

D. The lower court violated the Constitutional Law by ruling and issued an judicial order on 3/3032025 that conflicted with the Bankruptcy court's order dated 2/28/2025.

C. The Plaintiff's counsel – Richard Abel Amisleads the court into making conflicting order with the Bankrupcy Order dated 2/28/25 .ourt.

The Trustee's motion should therefore be denied and dismissed on the ground that the Trustee has a copy of the Debtor's filed complaint that stipulated that the Creditor's counsel misconduct, and violation of the federal Law title 12 C.F.R # 1024.41(G)(2014) KNOWN AS PROHIBITED FORECLOSURE ACTION PRACTICE contributed to the inability of the Debtor's property to be sold by 6/30/205

The Trustee's motion should be dismissed and denied because the trustee's motion is not supported by any valid law or federal rule.

Respectfully submitted:

By: /s/ Adesina        Dated:

Adesina Ogunlana


By: /s/ Linda Nzeadibe    Dated:

Linda Nzeadibe

## CERTIFICATION OF SERVICE

I, Adesina Ogunlana, hereby certify that the original of my motion is filed with the court on August 12th, 2025 and copy served on the Plaintiff -US bank's attorney,

By: *[signature]*
Adesina Ogunlana

Dated: 8/12/2025