CASE : 22-12287
HEARING DATE: 8-28-25
JUDGE : JKS

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEWARK

BANKRUPTCY COURT
FILED
TRENTON, NJ
2025 AUG 22 P 1:35
JEANNE A. NAUGHTON
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| US Bank NA<br>　　　　Plaintiff<br>v.<br>ADESINA OGUNLANA<br><br>　　　　Defendant | CASE NO.: 22-12287<br><br>NOTICE OF MOTION TO<br>VACATE ORDER DATED 7/24/202<br>AND REINSTATE CASE<br>NJ APPELATE CASE# 002450-24 |

**NOTICE OF MOTION TO DISMISS AND REINSTATE REMOVAL CASE PURSUIT TO COURT RULE 9014 OF THE BANKRUPTCY PROCEDURE**

To: RICHARD ABEL Esq.　　　　　　Steven Pertuz Esq..
KML LAW GROUP　　　　　　　　Steve Pertuz Law firm
701 Market Street　　　　　　　　111 Northfield Avenue
Philadelphia PA 19106　　　　　　West Orange NJ 07052

PLEASE TAKE NOTICE that the undersigned pro se Defendant will on Thursday August 28,2025, at 10.00a.m. move before the court at the US District Court for the District of New Jersey, Martin Luther King Building & US Courthouse, 50 Walnut Street, NJ 07101 for leave to vacate an order dismissing debtor's case and silmutaneously respectfully request the to re-instate case with dockrt number NJ Appelate number A-002450-24 on matter arising from federal questions on the following grounds:

A. a) The Bankruptcy district court violated the federal Rule of civil procedure 15 govern Law.

B) The Bankruptcy court denied the rights to and appointing a substituting and competent "attorney of Law" as debtors honorable requested.

c) The Bankruptcy Court scheduled hearing without given the Debtor- Adesina the Court mandated notice of hearing..

D) The Bankruptcy Court deprived the Debtor's fundamental right to fair hearing and the opportunity to be heard which constituted to a violation of "Due process Law"

By: /s/ Adesina         Dated: 8/19/2025

Adesina Ogunlana

## CERTIFICATION OF SERVICE

I, Adesina Ogunlana, hereby certify that the original of my motion is filed with the court on August 12th , 2025 and copy served on interested parties to the Case Matter.

By: /s/ Adesina
Adesina Ogunlana

Dated: 8/19/2025

ADESINA OGUNLANA
136-138 NORTH 13TH STREET
NEWARK NJ 07107
Phone: (973) 763-8760

| | |
|---|---|
| US BANK N.A | United State Bankruptcy Court<br>District of New JERSEY<br>Docket Number: A-002108-24 |
| v. | |
| ADESINA OGUNLANA | **CERTIFICATION IN SUPPORT OF MOTION TO VACATE COURT ORDER AND RE-INSTATE DEBTOR'S "NOTICE OF REMOVAL" CASE** |

I, ADESINA OGUNLANA, adult, certify on oath and state as follows:

1. I am the Debtor/Defendant in this matter and as such very familiar with the facts of this matter.

2. Debtor filed their "Notice of Removal" on or before May 22nd 2025

3. Debtor again filed amended " Notice of Removal" on or before June 10th 2025'

4. Debtors notified all parties to the lawsuit concerning the "Notice of Removal" of debtor's civil case from state court down to district court.

5. The Debtor's did not receive court notices pertained to the July 24,2025 scheduled bankruptcy Court's hearing which are crucial informing litigants about upcoming actions and requirements in a case.

6. Furthermore, these notices, such as summons and motions notice for court hearing must be properly served and adhere to specific rules regarding content and timing.

7. The court is in violation of the procedural rules by failing to notify the Debtor's civil case hearing schedule

8. The court is in further violation of the due-process rule by depriving Debtor's fundamental right of the "opportunity to be heard"

9. Debtor respectively hereby requests the Honorable Judges of the Bankruptcy Court to vacate the Dismissal order and re-instate my Civil Case pertaining to "Notice to Removal" from state court to the district Court.

10. This relief I am seeking from the court is base on the Federal Courts Civil procedure that states," court notices are crucial for informing litigant about upcomimg action and requirement in their civil case. These notice such as summon and motion for trial, ruling or orders must be properly served and adhere to specific rules regarding content and timing.

11. I filed a "Notice of Removal" on May 22nd 2025 and amended filed on June 6th 2025 but the mandated litigant court notice was never issued to the debtor therefore the bankruptcy denied the Debtor of a fair trial and the "opportunity to be heard".

12} Under <u>Federal Rule of Civil Procedure 15</u>, when a plaintiff files an amended complaint, the amended complaint generally supersedes the original complaint and renders it without legal effect. This means the original complaint is essentially replaced by the amended one, and the court will focus on the amended complaint for the remainder of the case.

13} Therefore the Bankruptcy Court erred and also violated <u>Federal Rule of Civil Procedure 15</u> when the court dismissed my civil case through the

application of the Original complaint dated May 22nd 2025 instead of the latest complaint filed and dated June 6th 2025

                                                                **Please See Exhiblt    A**

By: _/s/ Adesina_

**ADESINA OGUNLANA**

Dated: August 20, 2025

# EXHIBIT A



Order Filed on July 30, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey



UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Adesina B. Ogunlana,<br><br>    Debtor. | Case No.:    22-12287<br>Chapter:    13<br>Hearing Date:    7/24/2025<br>Judge:    John K. Sherwood |

ORDER DENYING MOTION TO REMOVE STATE COURT CASE

The relief set forth on the following page is hereby ORDERED.

DATED: July 30, 2025

_____
Honorable John K. Sherwood
United States Bankruptcy Court

FRI-71207 0312-2 pdf903 22-12287
Steven D. Pertuz
Law Offices of Steven D. Pertuz, LLC
111 Northfield Avenue
Suite 304
West Orange, NJ 07052



002404 2404 1 AB 0.63 ˙ 07107 2 1 10501-1-2696

Adesina B. Ogunlana
136-138 North 13th Street
Newark, NJ 07107-4153

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
[Enter your name, address and telephone number]

ADESINA OGUNLANA
136-138 NORTH 13TH ST.
NEWARK NJ 07107

Phone # 973 764 8760
Email: olayemi2014@comcast.net

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

2025 MAY -7 P 3: 50

BY: MB
DEPUTY CLERK

**AMENDED NOTICE OF REMOVAL**

In Re:
[Enter the debtor's name(s)]

ADESINA OGUNLANA

Case No.: __22 - 12287__
[Enter the case number]

Chapter: __13__
[Enter the chapter: example: 13]

Hearing Date: __5/22/2025 @ 10:00AM__
[Enter the hearing date]

Judge: __JOHN K SHERWOOD__
[Enter the Judge's last name]

## NOTICE ~~OF MOTION~~ TO

[Enter the relief sought] __REMOVE STATE COURT CASE # (F-0046932-14) TO THE US BANKRUPTCY COURT__

[Enter your name] __ADESINA OGUNLANA__ has filed papers with the court to [Enter the relief sought]-- Request the removal of the state case F-0046932-14 from NJ superior court to the Bankruptcy where the matter is currently pending.

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date: __5/22/2025__
[Enter the date of the hearing]

Hearing Time: __10.AM__
[Enter the time of the hearing]

Hearing Location: __NEWARK NEW JERSEY__
[Enter the location of the hearing]

Courtroom Number: _____
[Enter the courtroom number]

FILED JUNE 05 2025

UNITED STATES BANKRUPTCY COURT
District of New Jersey

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

US Bank NA.
    Plaintiff

v.
ADESINA OGUNLANA
Linda Neadibe
Realtex Property Management inc

    Defendant

CASE NO.: 22-12287

NOTICE OF REMOVAL
NJ Appelate Court CASE # A—002450-24

## NOTICE OF REMOVAL PURSUIT TO BANKRUPCY RULE 9027 AND 28 U.S.C. §1452

To: RICHARD ABEL
KML LAW GROUP
701 Market Street
Philadelphia PA 19106

Steven Pertuz Esq..
Steve Pertuz Law firm
111 Northfield Avenue
West Orange NJ 07052

US Attorney General
District of New Jersey
970 Broad Street
Newark, NJ 07102

N.j Superior Court
Appelate Division
25 Market Street
Trenton NJ    08625

PLEASE TAKE NOTICE that the undersigned pro se Defendant will on Monday June 05,2025 at 9.00a.m. move before the court at the US District Court for the District of New Jersey,rtin Luther King Building & US Courthouse, 50 Walnut Street, NJ 07101 for leave to file Notice of Remove for the Sugject matter Case # F-046932-14 or A-002450-24 pending before the New Jersey Superior-Appelate Division to the US District court on the following grounds:

A. The State Courts has no jurisdiction to further preside on this subject=matter-ofBankruptcy Court Case # 22-12287..