## UNITED STATES BANKRUPTCY COURT
### District of New Jersey

| | |
|---|---|
| In re: Adesina B. Ogunlana | Chapter: 13 |
| | Case Number: 22-12287 |
| | Civil Number: N/A |
| | Adversary Number: N/A |
| | Bankruptcy Judge: JKS |

### TRANSMITTAL OF DOCUMENT(S) TO:
☒ **DISTRICT COURT**   ☐ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

☒ Notice of Appeal      ☒ Order being Appealed      ☐ Designation of Record on Appeal
☐ Statement of Issues   ☐ Transcript                ☐ Transcript Ordered On: _____
☐ Motion for Leave to Appeal  ☐ Certification of Failure to File Designation  ☐ Motion to Withdraw the Reference
☐ Other _____

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on **8/12/25**. The parties to the appeal are:

| | | | |
|---|---|---|---|
| Appellant(s): | Adesina B. Ogunlana | Appellee(s): | US Bank NA |
| Attorney: | Pro Se | Attorney: | Marissa Edwards |
| Address: | 136-138 North 13th Street | Address: | 111 Wood Avenue S., Ste 210 |
| | Newark, NJ 07107 | | Iselin, NJ 08830 |

Title of Order Appealed: Order Denying Confirmation and Dismissing Petition

Date Entered On Docket: 7/30/25

☒ An appeal has not previously been filed in this case.

☐ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| | | |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____   Judge assigned: _____
By: _____                          Date: _____

rev. 8/28/17