Order Filed on September 2, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**The Law Offices of Steven D. Pertuz, LLC**
**111 Northfield Avenue, Suite 304**
**West Orange, NJ 07052**
**Tel: (973) 669-8600**
**Fax: (973) 669-8700**
**pertuzlaw@verizon.net**
**SDP 5632**
**Attorney for Debtor, Adesina B. Ogunlana**

In Re:

**ADESINA B. OGUNLANA,**

                **Debtor.**

Case No**.: 22-12287**

Hearing Date: August 14, 2025

Judge:  JKS

### ORDER AUTHORIZING THE LAW OFFICES OF STEVEN D. PERTUZ, LLC TO BE RELIEVED AS COUNSEL TO CHAPTER 13 DEBTOR PURSUANT TO LOCAL RULE 9010-2

    The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: September 2, 2025**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
**Debtor: Adesina Ogunlana**
**Case No.: 22-12287 (JKS)**
**Caption of Order: ORDER AUTHORIZING THE LAW OFFICES OF STEVEN D. PERTUZ, LLC TO BE RELIEVED AS COUNSEL TO CHAPTER 13 DEBTOR PURSUANT TO LOCAL RULE 9010-2**

---

Upon the Motion of Steven D. Pertuz, Esq., on behalf of the Law Offices Of Steven D. Pertuz, LLC, (hereinafter collectively "Movant" or "SDPLLC"), to be relieved as counsel to the Chapter 13 Debtor as hereinafter set forth, and the Court having considered the papers submitted in support of and in opposition to the Motion; and for good cause shown,

ORDERED as follows:

1. The Law Offices Of Steven D. Pertuz, LLC shall be relieved as counsel to Adesina Ogunlana, effective immediately on the date of this Order.

2. There are no fees or costs owed to SDPLLC.

3. The Movant shall serve this Order on the United States Trustee and other parties who entered an appearance on the motion.