UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**The Law Offices of Steven D. Pertuz, LLC**
**111 Northfield Avenue, Suite 304**
**West Orange, NJ 07052**
**Tel: (973) 669-8600**
**Fax: (973) 669-8700**
**pertuzlaw@verizon.net**
**SDP 5632**
**Attorney for Debtor, Adesina B. Ogunlana**

Order Filed on September 2, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**ADESINA B. OGUNLANA,**

       **Debtor.**

Case No.: **22-12287**

Hearing Date: August 14, 2025

Judge:  JKS

## ORDER AUTHORIZING THE LAW OFFICES OF STEVEN D. PERTUZ, LLC TO BE RELIEVED AS COUNSEL TO CHAPTER 13 DEBTOR PURSUANT TO LOCAL RULE 9010-2

  The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: September 2, 2025**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
**Debtor: Adesina Ogunlana**
**Case No.: 22-12287 (JKS)**
**Caption of Order: ORDER AUTHORIZING THE LAW OFFICES OF STEVEN D. PERTUZ, LLC TO BE RELIEVED AS COUNSEL TO CHAPTER 13 DEBTOR PURSUANT TO LOCAL RULE 9010-2**

---

Upon the Motion of Steven D. Pertuz, Esq., on behalf of the Law Offices Of Steven D. Pertuz, LLC, (hereinafter collectively "Movant" or "SDPLLC"), to be relieved as counsel to the Chapter 13 Debtor as hereinafter set forth, and the Court having considered the papers submitted in support of and in opposition to the Motion; and for good cause shown,

ORDERED as follows:

1.  The Law Offices Of Steven D. Pertuz, LLC shall be relieved as counsel to Adesina Ogunlana, effective immediately on the date of this Order.

2.  There are no fees or costs owed to SDPLLC.

3.  The Movant shall serve this Order on the United States Trustee and other parties who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

In re:  
Adesina B. Ogunlana  
    Debtor

Case No. 22-12287-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Sep 03, 2025      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Adesina B. Ogunlana, 136-138 North 13th Street, Newark, NJ 07107-4153 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2025 at the address(es) listed below:**

**Name**      **Email Address**

Cory Francis Woerner  
     on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholder cwoerner@raslg.com

Denise E. Carlon  
     on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholder dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg  
     magecf@magtrustee.com

Marie-Ann Greenberg  
     on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Marissa Edwards  
     on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Sep 03, 2025 | Form ID: pdf903 | Total Noticed: 1

    as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholder marissaedwards@hinshawlaw.com,
    casenotifications@piblaw.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6