UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ADESINA OGUNLANA
136-138 NORTH 13TH ST.
NEWARK NJ 07107

973-763-8760
OLAYEMI2014@COMCAST.NET

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2025 SEP 23 P 3:00
JEANNE A. NAUGHTON
BY: D. Uyu
DEPUTY CLERK

In Re:
ADESINA OGUNLANA

Case No.: 22-12287
Adv. No.:
Chapter: 13
Hearing Date: 9/25/2025
Judge: JKS

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, ADESINA OGUNLANA,
   ☐ am the attorney for: _____
   ☒ am self-represented
   Phone number: 973-763-8760
   Email address: _____

2. I request an adjournment of the following hearing:
   Matter: UN BANK V ADESINA OGUNLANA
   Current hearing date and time: 9/25/2025
   New date requested: 11/07/2025
   Reason for adjournment request: TO ENABLE DEBTOR TO AND APPOINTMENT A SUBSTITUTING ATTORNEY. 2) DEBTOR IS PRO-SE CAN NOT HANDLE THIS MATTER EFFECTIVELY AND EFFICIENTLY

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____ N/A _____

   New date requested: _____ N/A _____

   Reason for adjournment request: _____ N/A _____

   _____

   Confirmation has been adjourned __N/A__ previous times

   Trustee payments are current through _____ 9/30/2025 _____

   The meeting of creditors under § 341(a) of the Code ☒ was conducted ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: __9/23/2025__                         _____/s/ AJ Esure_____
                                                Signature

Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☐ Granted            New hearing date: _____            ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT:** If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.

*rev.10/1/15*