BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

US BANK N.A.
    Plaintiff
v
ADESINA OGUNLANA
    Defendant

CASE NO.: 22-12287
NOTICE OF MOTION
TO RETAIN A LEGAL REPRESENTATIVE

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ
2025 SEP 24 P 3: 38
JEANNE A. NAUGHTON
BY: R.A_____
DEPUTY CLERK

### NOTICE OF MOTION FOR AN "EXTENSION OF TIME"
~~TO FILE INITIAL BRIEF~~

---

PLEASE TAKE NOTICE that the undersigned pro se Defendant will on Friday September 19th 2025 at 11.00a.m. move before the Superior Court of New Jersey, Appellate Division located at 25 Market Street, Trenton, New Jersey for a request to retain a legal representative for civil case matter that pending at the Bankruptcy Court on the following grounds:

A) Pursuit to the sixth amendment to the United States Constitution guarantees the litigrant's Right to and appointment of Counsel.

B) Pursuit to 28 U.S.C. former §394 (now §1654) provides:
"In all the courts of the United States, the parties may plead and manage their own causes personally, or by the assistance of such counsel or attorneys at law as, by the rules of the said courts, respectively, are permitted to manage and conduct causes therein."

C) In *Matter of S.L.*, 462 A.2d 1252 (N.J. 1983), the New Jersey Supreme Court found a federal due process right to counsel in any civil Case matter

Respectively submitted,

By: _____    date:    9/19/2025

   Adesina  Ogunlana

BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| US BANK N.A<br>    Plaintiff<br>v<br>ADESINA OGUNLANA<br>    Defendant | CASE NO.: 22-12287<br>NOTICE OF MOTION<br>TO AND APPOINTMENT OF<br>COUNSEL |

### CERTIFICATE OF ADESINA OGUNLANA

I, ADESINA GUNLANA adult, of 136-138 north 13th street Newark nj 07107 hereby affirm pursuant to Rule 1:11-2 as follows:

1. That I am the Defendant in this matter and as such very familiar with the facts of the matter.

2. On or before September 15th 2025 I contact the adversary counsel and other parties of my intent to retain an attorney of law, to handle my Court Case matter.

3. For this reason, I am seeking the Court for an "extension of time" at least Sixty days to and appointment of counsel.

4. On or before July 30th 2025, the Debtor- Adesina Ogunlana filed " Motion of Objection" the Steven Pertuz- Debtor Counsel's Motion of Withdrawal.

5) The Bankruptcy erred in its ruling granting the Debtor'S Counsel relieve from service without given the

Debtor the "OPPORTUNITY TO BE HEARD" the Debtor on 8/24/2025

5) The Bankruptcy Court violated the Debtor's fundamental Due Process Act rights for failing to give the Debtor the fair hearing privilege or the " opportunity to be heard

6) The Debtor is pleading with Bankruptcy court to grant him permission to retain a substituting Counsel to handle his Case pending with the district courts.

By: _____

ADESINA OGUNLANA

Dated: September 19th 2025