UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEWARK

US Bank NA
    Plaintiff

v.

ADESINA OGUNLANA
    Defendant

CASE NO.: _22-12287

NOTICE OF MOTION OBJECTION

### NOTICE OF "MOTION OF OBJECTION" TO TRUSTEE'S MOTION

**PLEASE TAKE NOTICE** that the undersigned pro se Defendant will on Thursday August 14, 2025, at 10.00a.m. move before the court at the US District Court for the District of New Jersey, Martin Luther King Building & US Courthouse, 50 Walnut Street, NJ 07101 for leave to oppose or rise an objection to the trustee's motion on the following grounds:

A. Debtor's on Trustee monthly payments is up-to-date or current. The Trustee's motion is premature and should be dismissed. In otherwords, the Debtor - Adesina Ogunlana is not delinquent.

B) The Debtor has pursued the Short Sales as previously authorized by the Bankruptcy Court -Judge K Sherwood from the federal Distrct of New Jersey on 2/28/2025.

D. The lower court violated the Constitutional Law by issued a judicial order on 3/3032025 that conflicted with the Bankruptcy court's order dated 2/28/2025.

C. The Plaintiff's counsel – Richard Abel Misleads the State court into making invalid and conflicting order with the district court Order dated 2/28/25 .See Exhibit B

D) The Trustee's motion should therefore be denied and dismissed on the ground that the Trustee''s motion is by any court's Law and Procedure.

D) **Dual Tracking Violatiion** .The Trustee's motion should be deied as it attempts to circumvent clear federal protections against Dual tracking. The DEBTOR Adesina demonstrates that the Creditor improperly pursued foreclosure action while simultaneously negotiating a loan restructuring through Short Sale program with the Debtor- Adesina Ogunlana a practice explicitly prohibited by the Consumer financial Bureau, rule emacted under the Dodd-Frank Act.

This adversary violation of federal Law is nota mere procedural error but a direct contravention of established regulations designed to protect homebuyers from unfair foreclosure practice.

This adversary violation impacted and harmed the Loan Servicing LLC and Debtor on the Short Sales review and negotiation protocol In otherword, the Debtor was unable to sell the property before 6/30/2025 due the adversary's

violation of the federal Law on prohibitive foreclosure practice.

The Bankruptcy Court must uphold the Supremacy Clause ensuring that Federal Law which governs Mortgage servicing and Prohibit Dual Tracking takes precedence over any conflicting State Court law or practice. Allowing the Trustee's Motion to dismiss the Deblor's credible Case, would effectively nullify these crucial federal safeguard, undermining the purpose of the Federal regulation and the Supremacy Cluase.

The Trustee's motion by seeking to enforce the foreclosure action despite the Dual-tracking Violation encroaches upon the Debtor's fundamental Due process rights.

The Bankruptcy Court has a responsibility to ensure that the Debtor's rights as articulated and protected under Federal Law are not undermine by action directly violation of the Constitutional Law (under the Supremacy Clause) and the stablished regulatory Framework title 12 C.F.R

By: _____[signature]_____       Dated: 9/22/25

ADESINA OGUNLANA
DEFENDANT

By: _____[signature]_____       Dated: 9/22/2025

Linda nzeadibe
DEFENDANT

Respectfully Submitted,

By: _____    Dated:    9/22/2025

REALTEX PROPERTY MGT LLC
DEFENDANT