UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ADESINA OGUNLANA
136 138 NORTH 13TH STREET
NEWARK NJ 07107

973 763 8760
EMAIL OLAYEMI2014@COMCAST.NET

In Re:

ADESINA OGUNLANA

Case No.: _____22 12287_____

Adv. Pro. No.: _____

Chapter: _____13_____

Subchapter V: ❑ Yes ❑ No

Hearing Date: ____6/11/2026____

Judge: _____JKS_____

## ADJOURNMENT REQUEST

1.   I, _____ADESINA OGUNLANA_____ ,

   ❑ am the attorney for: _____ ,

   ☒ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: US BANK V ADESINA OGUNLANA

   Current hearing date and time: ___6/11/2026___

   New date requested: _____8/11/2026_____

   Reason for adjournment request: Defendant is under emergency medical treatment. The

   complexity of this Case requires an "Extension of Time". and a legal Representative

2.   Consent to adjournment:

   ☒ I have the consent of all parties.   ❑ I do not have the consent of all parties (explain below):

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: _____6/ 05/2026_____

_____
Signature

ADESINA      OGUNGANA
LINDA        AZEROIBE
JOEL         OGFRUNLE

## COURT USE ONLY:

The request for adjournment is:

❏  Granted                    New hearing date: _____    ❏  Peremptory

❏  Granted over objection(s)   New hearing date: _____    ❏  Peremptory

❏  Denied

**IMPORTANT: If your request is granted, you must notify interested parties
who are not electronic filers of the new hearing date.**

*rev.10/2021*