**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

In re:

Adesina B. Ogunlana,

Debtor.

Case No. 22-12287-JKS
Chapter 13

Hon. John K. Sherwood

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE** that the undersigned, Michael E. Blaine, Esq. of the law firm

of HINSHAW & CULBERTSON LLP, is hereby entering an appearance as counsel of record for

Creditor, U.S. Bank National Association, as Trustee, successor in interest to Bank of America,

National Association as successor by merger to LaSalle Bank National Association, as Trustee for

Certificateholder of Washington Mutual Asset-Backed Certificates WMABS Series 2007-HE2

("U.S. Bank National Association"), in the above-captioned action and hereby demands service of

all pleadings and all notices and other papers in this action upon the Creditor at the address stated

below.

Michael E. Blaine
Hinshaw & Culbertson LLP
111 Wood Avenue South, Suite 210
Iselin, NJ 08830
Tel.: (212) 655-3827
mblaine@hinshawlaw.com

This request includes not only the notices and papers referred to in the Federal Rules of

Bankruptcy Procedure (the "**Bankruptcy Rules**"), including, without limitation, those Bankruptcy

Rules specified above, but also includes, without limitation, any plan and objections thereto,

notices of any orders, pleadings, motions, applications, complaints, demands, hearings, answers,

responses, memoranda and/or briefs in support of the foregoing, any other documents brought

before the Court with respect to those pleadings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, e-mail or otherwise, which (1) affects or seeks to affect in any way any rights or interests of U.S. Bank National Association, with respect to (a) the debtor, or (b) property of the debtor's estate, or proceeds thereof, in which the debtor and/or U.S. Bank National Association may claim an interest; or  (2) requires or seeks to require any act, delivery of any property, payment or other conduct of U.S. Bank National Association.

Respectfully submitted, this  24th day of June, 2026.

Dated:  June 24, 2026

/s/ Michael E. Blaine

Michael E. Blaine, Esq.
HINSHAW & CULBERTSON LLP
111 Wood Avenue South, Suite 210
Iselin, New Jersey 08830
Telephone: 212-471-6200
*Attorneys for Creditors U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholder of Washington Mutual Asset-Backed Certificates WMABS Series 2007-HE2*

2

## CERTIFICATE OF SERVICE

I, Michael E. Blaine, Esq., hereby certify that, on this date, I have caused a true and correct copy of the foregoing NOTICE OF APPEARANCE & REQUEST FOR NOTICE to be served via CM/ECF E-filing and regular mail upon:

Adesina B. Ogunlana
136-138 North 13th Street
Newark, NJ 07107
*Debtor*

Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102
*U.S. Trustee*

Marie-Ann Greenberg, Esq.
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004
*Chapter 13 Trustee*

Dated: June 24, 2026

*/s/ Michael E. Blaine*_____
Michael E. Blaine, Esq.

3