FILED:BANKRUPTCY:NJB
2026 JUN 29 PM12:39:37

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ADESINA  OGUNLANA
136 138  NORTH  13TH  STREET
NEWARK  NJ  07107

TEL :  973 763 8760
EMAIL :  OLAYEMI2014@COMCAST.NET

In Re:

ADESINA  OGUNLANA

| | |
|---|---|
| Case No.: | 22 12287 |
| Adv. No.: | |
| Chapter: | 13 |
| Hearing Date: | 7/09/2026 |
| Judge: | JKS |

## ADJOURNMENT REQUEST FOR CHAPTER 13

1.   I, _____ADESINA  OGUNLANA_____ ,

☐   am the attorney for: _____

☒   am self-represented

Phone number: _____973 763 8760_____

Email address: OLAYEMI2014@COMCAST.NET

2.   I request an adjournment of the following hearing:

Matter: _____US  BANK  N/A   V   ADESINA  OGUNLANA_____

Current hearing date and time: _____7/09/2026_____

New date requested: _____8/09/2026_____

Reason for adjournment request: EMERGENCY MEDICAL TREATMENT

3.  I request an adjournment of confirmation:

Current confirmation date and time: _____ N/A _____

New date requested: _____ N/A _____

Reason for adjournment request: _____ N/A _____

Confirmation has been adjourned __NO__ previous times

Trustee payments are current through _____ N/A _____

The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4.  Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): YES _____

I certify under penalty of perjury that the foregoing is true.

Date: 6/30/2026 _____

_____
Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT
REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:** _____

The request for adjournment is:

☐ Granted          New hearing date: _____          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____          ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic
filers of the new hearing date.**

*rev.10/1/15*

2