FILED-BANKRUPTCY 2026 AUG 12 PM 4:04

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

US BANK N/A
Plaintiff
V.
Adesina Ogunlana
Defendants

CASE NO.: 22-12287

NOTICE OF MOTION TO AMEND

# NOTICE OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO FEDERAL COURT PROCEDURAL RULE 15(a)(2)

PLEASEE TAKE NOTICE that the undersigned pro se Defendants. will on Wednesday 21st, 2026, at 9.00a.m. move before the court at the US District Court for the District of New Jersey, Martin Luther King Building & US Courthouse, 50 Walnut Street, NJ before Honorable John K Sherwood for Notice of Motion for leave to file amended complaint before the US District court. Pursuant to federal Rule of Civil Procedure.15(a)(2)

## RELIEF SOUGHT

Debtor seeks leave to file the first Amended

**Complaint attached hereto as Exhibit A to add newly discovered facts including another cause of action.**

**GROUND FOR MOTION**

**This motion is made on the grounds that justice so requires and the amendment will not cause undue prejudice to the Plaintiff .The proposed amendment are based on on information dscovered during the recent exchange of documents and are brought in good faith without delay**

**ACCOMPANYING PAPER**

**This Motion is supported by this Notice ,the accompanying Memorandum os law ,declaration / Affidavit statement ,and the Proposaed Amended Complaint.**

**OBJECTION**

**Please take note that pursuant to federal Court Procedure Rule 15 , any opposition to this notice must be filed and serve on or before 8/19/2026**

**Respectfully submitted**

By ______________________ 7/11/26

ADESINA OGUNLANA

By ______________________ 7/11/26

REALTEX PROPERTY MGT INC

## MEMORANDUM OF LAW.

**The Defendants respectfully submit this Me,orandum of Law in support of Law in support of their Motion for leave to file an Amended complaint . The purpose of the amendment is to file a new claim of court's oversight and "error of law." based on facts and information recently brought to light discovery.**

## ARGUMENT

**** A) This legal standard under Federal Court Procedure Rule 15 (a) (2) states that Court should freely give leave to amend pleading " when Justice so requires.**

**** B) No Prejudice to the Opposing Party : Granting this motion will not unduly prejudice the Opposing Party.The opposing party and the Chapter 13 standing Trustee are both awared of this complaint and the amendment will simply add claim arising from the same core facts.**

**** C) Absence of bad faith or undue Delay .This motion is not brought for the purpose delay or harassment .The defendants are filing this Motion promptly upon realizing the need for an amendment**

**For the forgoing reasons the debtor respectfully request that the Court grant this Motion for Leave to file an amended Complaint.**

**Respectfully Submitted**

By________________________

**REALTEX PROPERTY MGT INC**

By________________________

ADESINA OGUNLANA

[-VFG