FILED-BANKRUPTCY-NJ
2026 AUG 12 PM 4:04:21

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ADESINA OGUNLANA
136 --138 NORTH 13TH STREET
NEWARK NJ 07107

OLAYEMI2014@COMCAST.NET

In Re:

ADESINA OGUNLANA

Case No.: 22-12287

Adv. Pro. No.: ____________

Chapter: 13

Subchapter V: ☐ Yes ☐ No

Hearing Date: 8/13/2026

Judge: ____________

**ADJOURNMENT REQUEST**

1. I, ADESINA OGUNLANA,

☐ am the attorney for: ____________,

☒ am self-represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: US BANK V ADESINA OGUNLANA

Current hearing date and time: 8/13/2026

New date requested: 8/ 20 /2026

Reason for adjournment request: ____________

EMERGENCY MEDICAL TREATMENT

2. Consent to adjournment:

☒ I have the consent of all parties. ☐ I do not have the consent of all parties (explain below):

YES

I certify under penalty of perjury that the foregoing is true.

Date: 7/11/2025

Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted New hearing date: 8/27/2026 @ 10:00 AM ☐ Peremptory

☐ Granted over objection(s) New hearing date: ____________ ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*