UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re:

Adesina B. Ogunlana

Chapter: 13

Case Number: 22-12287

Civil Number: 25-CV-14914-BRM

Adversary Number: N/A

Bankruptcy Judge: JKS

**TRANSMITTAL OF DOCUMENT(S) TO:**

**☒ DISTRICT COURT ☐ CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

☐ Notice of Appeal ☐ Order being Appealed ☐ Designation of Record on Appeal

☐ Statement of Issues ☐ Transcript ☐ Transcript Ordered On: ____________________

☐ Motion for Leave to Appeal ☐ Certification of Failure to File Designation ☐ Motion to Withdraw the Reference

☒ Other Motion re: For Leave to File Amended Complaint Filed by Adesina B. Ogunlana.

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on 8/12/25. The parties to the appeal are:

Appellant(s): Adesina B. Ogunlana

Attorney: Pro Se

Address: 136-138 North 13th Street
Newark, NJ 07107

Appellee(s): US Bank NA

Attorney: Marissa Edwards

Address: 111 Wood Avenue S., Ste 210
Iselin, NJ 08830

Title of Order Appealed: Order Denying Confirmation and Dismissing Petition

Date Entered On Docket: 7/30/25

☒ An appeal has not previously been filed in this case.

☐ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| | | |

---

Court Clerk: Please complete the information below and return a copy of this form to ____________________ within 3 days.

Your Court's Case Number: ____________________ Judge assigned: ____________________

By: ____________________ Date: ____________________

*rev. 8/28/17*