**Order Filed on September 9, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **In Re:** <br> **ADESINA B. OGUNLANA,** <br> **Debtor.** | Case No.: 22-12287 <br> Chapter: 13 <br> Judge: John K. Sherwood |

**ORDER DENYING MOTION TO VACATE DISMISSAL OF CASE IN ADDITION TO MOTION TO REOPEN CASE**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 9, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor: **ADESINA B. OGUNLANA**
Case # .: **22-12287-JKS**
Caption of Order: **ORDER DENYING MOTION TO VACATE DISMISSAL OF CASE IN ADDITION TO MOTION TO REOPEN CASE**

---

**UPON** consideration of the **Motion to Vacate Dismissal of Case in addition to Motion to Reopen Case** ("Motion") [ECF No. 139] filed by the Debtor, Adesina B. Ogunlana, appearing *pro se*, together with any responses or objections thereto;

**AND** the Court having considered the arguments presented by the parties at the hearing on August 27, 2026;

**AND** for the reasons set forth on the record at the hearing, it is hereby **ORDERED** that the Motion is **DENIED.**

United States Bankruptcy Court

District of New Jersey

In re: Case No. 22-12287-JKS
Adesina B. Ogunlana Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 2
Date Rcvd: Sep 09, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Adesina B. Ogunlana, 136-138 North 13th Street, Newark, NJ 07107-4153 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Cory Francis Woerner | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholder cwoerner@raslg.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Marissa Edwards | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholder marissaedwards@hinshawlaw.com, casenotifications@piblaw.com |
| Matthew K. Fissel | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association |

| | |
|---|---|
| | as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholder bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Michael Blaine | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholder mblaine@hinshawlaw.com, mblaine@winston.com;mpolster@winston.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7